**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 19-538** |
| | : | |
| **JAMHEAR HOPPER** | : | |

# ORDER

**AND NOW**, this 20th day of October, 2020, upon consideration of the evidence presented at the August 31, 2020 suppression hearing, Defendant's Motion to Suppress In-Court and Out-of-Court Identifications (Doc. No.'s 34, 46), the Parties' Proposed Findings of Fact and Conclusions of Law (Doc. No.'s 46, 47), and all related submissions (Doc. No. 36) it is **ORDERED** that Defendant's Motion to Suppress (Doc. No.'s 34, 46) is **GRANTED**. Mr. Boozer may not identify Defendant at trial, nor may the Government introduce into evidence any of Mr. Boozer's prior identifications of Defendant.

**AND IT IS SO ORDERED**:

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.